Nos. 130 and 131. DOUGLAS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 132. ESTATE OF ROBINSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 133. DALRYMPLE *v.* COMMISSIONER OF INTERNAL REVENUE. January 10, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Thomas P. Helmey* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R. Carloss* and *Louise Foster* for respondent. Reported below: 134 F. 2d 762.

No. 531. HARTZEL *v.* UNITED STATES. January 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Ode L. Rankin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 521. FRANKS BROS. CO. *v.* NATIONAL LABOR RELATIONS BOARD. January 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Arthur V. Getchell* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.